44 So.2d 615

## CITY OF BIRMINGHAM v. Emily REED.
### 6 Div. 842.

Court of Appeals of Alabama.
July 19, 1949.

Rehearing Denied Oct. 5, 1949.

Chas. H. Brown, Asst. City Atty., of Birmingham, for petitioner.

Geo. E. Trawick, of Birmingham, for defendant.

HARWOOD, Judge.

Writ granted on authority of City of Birmingham v. Reed, ante, p. 31, 44 So.2d 607.